1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  DUANE A. SINGLETON,                )        No. C 10-3774 LHK (PR)
                                       )
12              Plaintiff,             )        ORDER OF DISMISSAL
                                       )
13      v.                             )
                                       )
14  UNKNOWN,                           )
                                       )
15              Defendant.             )
                                       )
16

17      On August 25, 2010, Plaintiff, a state prisoner proceeding *pro se*, filed a letter with the

18  Court.[1] That same day, the Court sent a notification to Plaintiff informing him that he did not

19  file a complaint, nor a completed in forma pauperis application, nor did he pay the required filing

20  fee. The Court provided a copy of the in forma pauperis application, along with a return

21  envelope, and a notification that the case would be dismissed if Plaintiff failed to file a

22  complaint, pay the fee, or file a completed application with supporting documentation within

23  thirty days. To date, Plaintiff has not communicated with the Court. As Plaintiff has not filed a

24  complaint, completed an in forma pauperis application, or paid the filing fee, this case is

25  DISMISSED without prejudice.

26

27
28
   [1] In the letter, Plaintiff requests a copy of his complaint filed on September 22, 2009, in Case No. C 09-4471 VRW, which was dismissed without prejudice on January 29, 2010. The Clerk is directed to send him a photocopy request form.

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Singleton774dis.wpd

1 | The Clerk shall close the file.
2 | IT IS SO ORDERED.
3 | DATED: 10/7/2010                    _____
4 | LUCY H. KOH
United States District Judge